```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ANDREW ZHANG, on behalf of himself and all others                       :
similarly situated,                                                     :
                                                                        :
                                Plaintiff,                              :   24-CV-9526 (JMF)
                                                                        :
                -v-                                                     :          ORDER
                                                                        :
AIRE ANCIENT BATHS UES, LLC,                                            :
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: December 17, 2024                      _____
       New York, New York                            JESSE M. FURMAN
                                                                      United States District Judge