UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW ZHANG,

           Plaintiff,

-against-

AIRE ANCIENT BATHS UES, LLC,

           Defendant.

24-CV-9526 (JMF) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff Andrew Zhang filed this action against Defendant Aire Ancient Baths UES, LLC on December 13, 2024. (*See* ECF 1.) Plaintiff timely served Defendant with the Summons and Complaint in this action on January 21, 2025. (*See* ECF 8.) Defendant was required to respond to the Complaint by February 11, 2025. (*See id.*) To date, Defendant has not responded to the Complaint. The time for Defendant to respond to the Complaint is extended nunc pro tunc until **March 11, 2025**.

    Plaintiff is directed to serve by **February 18, 2025**, a copy of this Order and the Complaint on Defendant. Such service shall be made by registered mail to Defendant's principal place of business, identified in the Complaint as 88 Franklin Street, New York, New York 10013, and by any email addresses used by Defendant and known to Plaintiff. Plaintiff is directed to file confirmation of such mailings on the docket by **February 18, 2025**.

DATED:    February 12, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge